## In re Judith Marie Morris, Minor.
## Louise Brooks, Probation Officer, and People of State of Illinois, Defendants in Error, v. Eleanor Morris, Plaintiff in Error.

### Gen. No. 10,115.

opinion filed May 26, 1947; released for publication June 11, 1947. Anthony J. Mercurio, for plaintiff in error; A. D. McMahon, of counsel; Don A. Wicks, State's Attorney, Eckert & Eckert and Joslyn & Parker, for defendants in error; Charles S. Parker and Floyd E. Eckert, of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.